In The United States District Court of The State of Arizona
and for the County of Maricopa

Edward Teller

                     Plaintiff,

VS.

United States of America

                     Defendant,

**CERTIFICATE OF SERVICE**

Case No: **3:20-cv-08139-SPL**

---

State of Arizona  }
County of Maricopa }  ss.

The Affiant, declares under penalty of perjury, that I am fully qualified, pursuant to Rule 4(d), Arizona Rules of Civil Procedure, to serve process in this cause in or for the State of Arizona and that the foregoing is true and correct.

On 6/15/2020, I received from Smith LC and from Richard R. Thomas the First Amended Complaint, Summons, Preliminary Order, Consent to Magistrate.

On 6/16/2020, at 10:00 AM, I served the aforementioned documents on: Michael Bailey, United States Attorney, District of Arizona at United States Attorneys Office - District of AZ, 40 N. Central Avenue, Suite 1800, Phoenix, AZ 85004 in the manner set below:

By serving true copies upon: Michael Bailey, United States Attorney, District of Arizona, Bertina Cantor - Administrative Assistant, who stated he/she is authorized to accept service and did accept service on their behalf.

Marriage Status: N / A

Military Status: N / A

Additional Comments:



X _____

**Denis Cavar, MC-8487**, Affiant
Date: 6/18/2020
Registered in Maricopa
Work Order Number: AZ37544
Client Reference: **Teller v. Stamile**

| | |
|---|---:|
| Service of Process | 90.00 |
| Total: | **$ 90.00** |

*.AZ37544